UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE REVIVO,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>SUSAN CURDA, District Director of Los Angeles District Office, United States and Immigration Services, USCIS,<br><br>　　　Defendant. | Case No. 2:17-cv-00855-JAK-AJWx<br><br>**JUDGMENT**<br><br>**JS-6** |

In light of the order filed on September 28, 2018 denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment (Dkt. 36), the Court ORDERS that judgment be entered as follows:

1. Judgment for Defendant Susan Curda and against Plaintiff Alice Revivo.
2. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated: October 23, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE